IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA MUNICIPAL INSURANCE AND RISK FINANCING FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GEORGETOWN and RSUI INDEMNITY COMPANY,<br><br>Defendants. | Civil Action No. 2:16-cv-00157-PMD |

## MOTION OF DEFENDANT RSUI INDEMNITY COMPANY TO REALIGN PARTIES

Defendant RSUI Indemnity Company ("RSUI") respectfully moves this Court to realign the parties to show that South Carolina Municipal Insurance and Risk Financing Fund ("SCMIRF") and City of Georgetown ("City") are plaintiffs and RSUI is the sole defendant in this action. In support of its motion, RSUI relies upon the following:

(1) The SCMIRF coverage contract attached as Exhibit "A" hereto;

(2) The RSUI policy of insurance attached as Exhibit "B" hereto;

(3) The affidavit of Joel Steber and two attachments to Mr. Steber's affidavit attached as Exhibit "C" hereto;

(4) The memorandum of law in support of this motion; and

(5) All pleadings and matters of record.

WHEREFORE, RSUI Indemnity Company respectfully requests that the Court enter an order realigning the parties, so that South Carolina Municipal Insurance and Risk Financing Fund and City of Georgetown are plaintiffs and RSUI is the sole defendant.

Respectfully submitted this 19th day of January, 2016.

/s/ *Charles J. Baker, III*
CHARLES J. BAKER III
Fed. ID No. 1165
WOMBLE, CARLYLE,
SANDRIDGE & RICE, LLP
5 Exchange Street
Charleston, South Carolina 29401
Tel: (843) 722-3400
Fax: (843) 723-7398
cbaker@wcsr.com

-and-

WAYNE D. TAYLOR
Georgia Bar No. 701275
*To be admitted pro hac vice*
ANNE M. LANDRUM
Georgia Bar No. 433990
*To be admitted pro hac vice*
MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
Tel: (404) 256-0700
Fax: (404) 250-9355
wtaylor@mfllaw.com
alandrum@mfllaw.com

*Attorneys for Defendant RSUI Indemnity Company*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| SOUTH CAROLINA MUNICIPAL INSURANCE AND RISK FINANCING FUND, | ) ) ) ) | Civil Action No. 2:16-cv-00157-PMD |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| CITY OF GEORGETOWN and RSUI INDEMNITY COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2016, I electronically filed the foregoing **MOTION OF RSUI INDEMNITY COMPANY TO REALIGN THE PARTIES** using the Court's CM/ECF System and served a true and correct copy of same via U.S. Mail, postage prepaid, on the following counsel of record:

Charles R. Norris
Robert W. Whelan
151 Meeting Street, Sixth Floor
Post Office Box 1806
Charleston, SC 29401-2239
*Attorney for Plaintiff South Carolina Municipal Insurance
and Risk Financing Fund*

City of Georgetown
120 N. Fraser Street
Georgetown, SC 29440

*/s/ Charles J. Baker, III*
CHARLES J. BAKER III

3